**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

SHANKHO GANGULI,

     Plaintiff,

v.                                         Docket No.: 2:25-cv-2680

FOCUS CPA GROUP, INC., and         **JURY DEMANDED**
AMIT CHANDEL, individually,

     Defendants.

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1446, Defendants, Focus CPA Group, Inc., and Amit Chandel, hereby file this Notice of Removal removing this case from the Circuit Court of Shelby County, Tennessee, Case No. CT-1103-25, where it is currently pending, to the United States District Court for the Western District of Tennessee.  This cause is removable pursuant to 28 U.S.C. §1332, in that the Plaintiff's claims invoke the Court's diversity jurisdiction and the amount in controversy exceeds the statutorily required $75,000.00.  In support of removal, Defendants respectfully state as follows:

### INTRODUCTION

1.     Defendant, Focus CPA Group, Inc., is a California corporation with its principal place of business located at 3000 East Birch Street, Suite 103, Brea, California 92821. (See Compl. ¶ 2.)

2.     Defendant, Amit Chandel, is a California resident.  (See id. ¶ 3.)

3.    Plaintiff, Shankho Ganguli, is not currently a resident of Tennessee. (See Pl.'s Resp. to Defs,' First Request for Admission.)

4.    Plaintiff's Complaint seeks damages in excess of Seventy-Five Thousand Dollars ($75,000.00). (See Compl., at 10.)

5.    The United States District Court for the Western District of Tennessee is the federal judicial district embracing the Circuit Court of Shelby County, Tennessee, where this suit was originally filed. Venue is therefore proper under 28 U.S.C. §§81(b)(1) and 1441(a).

6.    Pursuant to 28 U.S.C. §1332, this civil action is removable as it invokes the federal court's diversity jurisdiction. This Court therefore has subject matter jurisdiction over this civil action and removal is proper.

## PROCEDURAL HISTORY

7.    On March 19, 2025, Plaintiff, Shankho Ganguli, instituted this civil action in the Circuit Court of Shelby County, Tennessee, for breach of contract, breach of the implied covenant of good faith and fair dealing, fraud and/or misrepresentation, violations of the Tennessee Consumer Protection Act, and breach of fiduciary duty.

8.    Plaintiff's action was brought against Focus CPA Group, Inc., and Amit Chandel, both California residents.

9.    Plaintiff's Complaint does not state Plaintiff's current state of residency. (See Compl. ¶ 1.)

10.    On May 20, 2025, Defendants filed their Answer to Plaintiff's Complaint. (See Defs.' Answer to Pl.'s Compl.)

11.     On May 20, 2025, Defendants filed their First Request for Admission to Plaintiff, which sought an admission that Plaintiff is no longer a resident of Tennessee. (Defs.' First Request for Admission to Pl.)

12.     On June 2, 2025, Plaintiff responded to Defendants' First Request for Admission by admitting that Plaintiff is not a current Tennessee resident. (Pl.'s Resp. to Defs.' First Request for Admission to Pl.)

13.     Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal will be filed with the Shelby County Circuit Court and written notice will be provided to the Plaintiff along with a copy of this pleading.

## REMOVAL IS TIMELY FILED UNDER 28 U.S.C. § 1446(b)

14.     "A notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. §1446.

15.     Defendants received Plaintiff's Response to Defendants' First Request for Admission, which was the first paper from which it could be ascertained that Plaintiff is not a current Tennessee resident, on June 2, 2025.

16.     Because the instant Notice of Removal was filed within thirty (30) days of June 2, 2025, this notice of removal is timely filed, pursuant to 28 U.S.C. §1446.

## NON-WAIVER OF DEFENSES

17.     By removing this action from Shelby County Circuit Court, Defendants do not waive any defenses available to them.

18.     By removing this action from Shelby County Circuit Court, Defendants do not admit any of the allegations in the Plaintiff's Complaint.

**WHEREFORE, PREMISES CONSIDERED,** Defendants, by and through their counsel, desiring to remove this civil action to the United States District Court for the Western District of Tennessee, being the district and division for the county in which such civil action is pending, pray that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the clerk of the Circuit Court of Shelby County, Tennessee, shall effect the removal of said civil action to this Honorable Court. Defendants demand a jury to try the issues.

Respectfully submitted,

**LEWIS THOMASON**

BY:  s/ William C. Podesta
WILLIAM C. PODESTA (36303)
40 South Main, Suite 2900
Memphis, TN   38103-5529
(901) 525-8721
wpodesta@lewisthomason.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing has been forwarded to counsel of record below via electronic mail and/or U.S. Mail, postage pre-paid on the 1st day of July, 2025.

Kevin Snider, Esq.
SNIDER HORNER, PLLC
Corporate Gardens
9056 Stone Walk Place
Germantown, TN  38138
*Attorneys for Plaintiffs*

s/ William C. Podesta
WILLIAM C. PODESTA